UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
JAN 2 7 2006
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 4:05 CR 577 HEA / m L M |
| TRINA MILLER, | ) |
| Defendant. | ) |

## GOVERNMENT'S MOTION TO WITHDRAW WRIT OF HABEAS CORPUS AD PROSEQUENDUM WITHOUT PREJUDICE

Comes now the United States of America, by Catherine L. Hanaway, United States Attorney for the Eastern District of Missouri, through Michael A. Reilly, Assistant United States Attorney for said District, and hereby requests leave of court to withdraw its previous Application for Writ of Habeas Corpus Ad Prosequendum Without Prejudice as the Defendant is currently confined in Eastern Reception Diagnostic & Correctional Center for medical reasons.

CATHERINE L. HANAWAY
United States Attorney

*/s/ Michael A. Reilly*
MICHAEL A. REILLY, #115988
Assistant United States Attorney

SO ORDERED

*/s/ Mary Ann L. Medler*
HON. MARY ANN L. MEDLER  1/27/06